NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FAYE S. GRAY a/k/a FAYE STANLEY )
GRAY and JAMES GRAY, Jr., )
                         )
       Appellants, )
                         )
v.                      )      Case No. 2D18-1513
                         )
YOUDALI INTERNATIONAL )
INVESTMENTS, LLC, a Florida Limited )
Liability Company; FORD MOTOR CREDIT )
COMPANY, LLC, a Delaware Limited )
Liability Company f/k/a FORD MOTOR )
CREDIT COMPANY, a corporation; )
UNITED STATES OF AMERICA, )
DEPARTMENT OF THE TREASURY, )
INTERNAL REVENUE SERVICE; )
COPPER RIDGE POINT HOMEOWNERS )
ASSOCIATION, INC., a Florida Not-for- )
Profit Corporation; JAMES GRAY, III; and )
JASON GRAY, )
                         )
       Appellees. )
_____)

Opinion filed January 30, 2019.

Appeal from the Circuit Court for Polk
County; Andrea Teves Smith, Judge.

Faye Elaine Stanley Gray and James
Gray, Jr., Lakeland, pro se.

Melissa A. Giasi of Sivyer, Barlow &
Watson, P.A., Tampa; and Kristopher
Fernandez of Kristopher Fernandez, P.A.,

Tampa, for Appellee Youdali International
Investments, LLC.

No appearance for remaining Appellees.


PER CURIAM.

Affirmed.



NORTHCUTT, SILBERMAN, and SLEET,, JJ., Concur.